No. 87–1132.   TOLEDO TRUST CO., AS TRUSTEE OF TRUST No. 4117, ET AL. *v.* SANTA BARBARA FOUNDATION.   Sup. Ct. Ohio.   Motions of Ohio Bankers Association Trust Division and American Bankers Association for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 87–1143.   HOLLIS *v.* CAMPBELL COUNTY DISTRICT COURT. C. A. 6th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment.